

# Fourth Court of Appeals
## San Antonio, Texas

Friday, February 27, 2015

No. 04-14-00717-CR

Alfonso Carlos **TAMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRM-000389-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellant's motion to amend the Appellant's brief is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court